Thomas H. Billingslea, Jr., [SBN 144483] Chapter 13 Trustee
402 West Broadway, Suite 1350
San Diego, CA 92101
(619) 233-7525 (Phone)
billingslea@thb.coxatwork.com (email)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re:

SHERRY R. DONNELL

Debtor

Case No. 20-03381-CL13

**STATEMENT OF CASE STATUS BY CHAPTER 13 TRUSTEE RE: TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

Date: December 2, 2020
Time: 2:00 PM
Dept.: 5

Debtor has not made any plan payments since the petition date. The sum of the real estate arrears on the first and second deeds of trust exceed $348,000. The Debtor states she is waiting on a lump sum of $150,000 in order to fund her case and expects these funds no later than December 1, 2020. The Trustee requests the ability to upload a dismissal order if such funds fail to post by December 16, 2020. Debtor's case is unconfirmed and is in month 5. Dismissal for unreasonable delay and feasibility appear warranted.

Dated: November 23, 2020

Respectfully Submitted,

Thomas H. Billingslea, Jr.,
Chapter 13 Trustee

1

THB/cq

## CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen and am not a party to the within action. My business address is: Thomas H. Billingslea, Jr., Chapter 13 Trustee, 402 West Broadway, Suite 1350, San Diego, CA 92101.

Today, I served the following document described as:

**STATEMENT OF CASE STATUS BY CHAPTER 13 TRUSTEE RE: TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

on the parties listed below by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Diego, CA addressed as follows:

DEBTOR
SHERRY R. DONNELL
1618 BUTTERCUP ROAD
ENCINITAS, CA 92024

DEBTOR'S COUNSEL
AHREN TILLER
1230 COLUMBIA ST., STE 1100
SAN DIEGO, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 23, 2020
San Diego, CA

/s/ Bernice A. Villarreal
Bernice A. Villarreal for
Thomas H. Billingslea, Jr.,
Chapter 13 Trustee